EXHIBIT "D"

**Regina Mongelli**

| | |
|---|---|
| From: | BKECF_LiveDB@nyeb.uscourts.gov |
| Sent: | Friday, May 14, 2010 9:26 AM |
| To: | CourtMail@nyeb.uscourts.gov |
| Subject: | Ch-13 8-10-73702 Voluntary Petition (Chapter 13) -Madjid Ebadi |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Eastern District of New York

Notice of Bankruptcy Case Filing

The following transaction was received from Roy J Lester entered on 5/14/2010 at 9:25 AM EDT and filed on 5/14/2010
**Case Name:**      Madjid Ebadi
**Case Number:**    8-10-73702
**Document Number:** 1

**Docket Text:**
Chapter 13 Voluntary Petition. Fee Amount $274 Filed by Roy J Lester on behalf of Madjid Ebadi Government Proof of Claim due by 11/10/2010. (Lester, Roy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\ECF\Ebadi, Madj\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=5/14/2010] [FileNumber=9685128-0]

[e21a99420e8bb1165a4657bc7aea072889fde0e82c392cea6ccf364263fd87664773
525261ec7e11f5a5f657d9a7b1a8455b599d0f737c732c8163e5ebc85324]]

**8-10-73702 Notice will be electronically mailed to:**

Diana G. Adams
USTPRegion02.LI.ECF@usdoj.gov

Roy J Lester on behalf of Debtor Madjid Ebadi
rlester@rlesterlaw.com

**8-10-73702 Notice will not be electronically mailed to:**

9/1/2010

EXHIBIT "E"

# LESTER & ASSOCIATES, P.C.

Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281
rlester@rlesterlaw.com

ROY J. LESTER*

GABRIEL R. KORINMAN

*ALSO ADMITTED IN CA

TO: Foreclosure Department

FROM: Regina

FAX NO. 516-873-2010

DATE: May 14, 2010

SUBJECT: RE: EBADI MADJID
50 Florence Avenue, Massapequa, NY 11758

Attached please find the cover page and proof of filing of a Chapter 13. Please stop the foreclosure sale scheduled for TODAY at 11:00 a.m.

Thank you!

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ebadi, Madjid | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9370 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>50 Florence Ave.<br>Massapequa, NY                    ZIP Code 11758 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Nassau | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>■ Chapter 13       of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Live Database: nyeb_live                                                                                                    Page 1 of 1

# Open Voluntary Bankruptcy Case

## U.S. Bankruptcy Court

## Eastern District of New York

Notice of Bankruptcy Case Filing

The following transaction was received from Roy J Lester entered on 5/14/2010 at 9:25 AM EDT and filed on 5/14/2010

**Case Name:**        Madjid Ebadi
**Case Number:**   8-10-73702
**Document Number:** 1

**Docket Text:**
Chapter 13 Voluntary Petition. Fee Amount $274 Filed by Roy J Lester on behalf of Madjid Ebadi Government Proof of Claim due by 11/10/2010. (Lester, Roy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\ECF\Ebadi, Madj\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=5/14/2010] [FileNumber=9685128-0]
[e21a99420e8bb1165a4657bc7aea072889fde0e82c392cea6ccf364263fd87664773
525261ec7e11f5a5f657d9a7b1a8455b599d0f737c732c8163e5ebc85324]]

**8-10-73702 Notice will be electronically mailed to:**

Diana G. Adams
USTPRegion02.LI.ECF@usdoj.gov

Roy J Lester on behalf of Debtor Madjid Ebadi
rlester@rlesterlaw.com

**8-10-73702 Notice will not be electronically mailed to:**

```
HP 3180 Fax

Fax Log for
Lester & Associates
5163579281
May 14 2010 8:45a
```

| Last Transaction | | | | | | |
|---|---|---|---|---|---|---|
| Date | Time | Type | Station ID | Duration | Pages | Result |
| May 14 | 08:44a | Fax Sent | 15168732010 | 0:52 | 3 | OK |

EXHIBIT "F"

B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ebadi, Madjid** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9370** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**50 Florence Ave.**<br>**Massapequa, NY**<br>ZIP Code **11758** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  *THIS SPACE IS FOR COURT USE ONLY*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

# Open Voluntary Bankruptcy Case

## U.S. Bankruptcy Court

## Eastern District of New York

Notice of Bankruptcy Case Filing

The following transaction was received from Roy J Lester entered on 5/14/2010 at 9:25 AM EDT and filed on 5/14/2010
**Case Name:**      Madjid Ebadi
**Case Number:**    8-10-73702
**Document Number:** 1

**Docket Text:**
Chapter 13 Voluntary Petition. Fee Amount $274 Filed by Roy J Lester on behalf of Madjid Ebadi Government Proof of Claim due by 11/10/2010. (Lester, Roy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\ECF\Ebadi, Madj\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=5/14/2010] [FileNumber=9685128-0]
[e21a99420e8bb1165a4657bc7aea072889fde0e82c392cea6ccf364263fd87664773
525261ec7e11f5a5f657d9a7b1a8455b599d0f737c732c8163e5ebc85324]]

**8-10-73702 Notice will be electronically mailed to:**

Diana G. Adams
USTPRegion02.LI.ECF@usdoj.gov

Roy J Lester on behalf of Debtor Madjid Ebadi
rlester@rlesterlaw.com

**8-10-73702 Notice will not be electronically mailed to:**

HP 3180 Fax

Fax Log for
Lester & Associates
5163579281
May 14 2010 8:58a

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 14 | 08:55a | Fax Sent | 16316698577 | 2:12 | 2 | OK |

EXHIBIT "G"

o/c

## LESTER & ASSOCIATES, P.C.
Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281

ROY J. LESTER*                                                                                             *ALSO ADMITTED IN CA

GABRIEL R. KORINMAN

May 25, 2010

David H Cohen, Esq.
Moritt Hock Hamroff & Horowitz, LLP
400 Garden City Plaza
Garden City, NY 11530
**VIA REGULAR MAIL AND FACSIMILE (516) 873-2010**

Re:   Madjid Ebadi
      Bankruptcy Case No.: 8-10-73702

Dear David:

On May 17, 2010 you advised us that you would be forwarding us some case law to buttress your position that no stay was in effect. As of today, I have received no case law from you and my research has clearly indicated that the stay was effective. See e.g. McCartney v. Integra National Bank North, 106 F.3d 506 (3rd Cir. 1997) and In re Burg, 295 B.R. 698 (Bankr. W.D.N.Y. 2003). There is no question that the debtor was a party to the action and the action was stayed by the bankruptcy filing. See 11 U.S.C. 362(a)(1).

Please return everything to the pre-filing status quo so as not to necessitate motion practice.

Very truly yours,

Roy J. Lester

RJL/grk
Enc.

```
HP 3180 Fax

Fax Log for
Lester & Associates
5163579281
May 25 2010  4:33p
```

| Last Transaction | | | | | | |
|---|---|---|---|---|---|---|
| Date | Time | Type | Station ID | Duration | Pages | Result |
| May 25 | 04:33p | Fax Sent | 15168732010 | 0:25 | 1 | OK |

EXHIBIT "H"

# LESTER & ASSOCIATES, P.C.
Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281

ROY J. LESTER*                                                             *ALSO ADMITTED IN CA

GABRIEL R. KORINMAN

August 24, 2010

James D. Murtha, Esq.
Murtha & Murtha, PLLC
26 Railroad Avenue #351
Babylon, NY 11702
**VIA REGULAR MAIL AND FACSIMILE (631) 991-7168**

Re:    CBC Media Realty, LLC, Concepts by Clinton, Inc. D/B/A CBC
        Property Address: 140 Hoffman Lane, Islandia, NY, Suffolk County
        Madjid Ebadi - Bankruptcy Case No.: 8-10-73702

Dear Mr. Murtha:

I am in receipt of your Ten Day Notice to Quit, regarding the above referenced debtor.

Please be advised that this sale occurred after the bankruptcy filing for Madjid Ebadi, and therefore is null and void

Please contact me to discuss same.

Very truly yours,

Roy J. Lester /kc

RJL/kc

cc:    David H Cohen, Esq.
       Moritt Hock Hamroff & Horowitz, LLP
       400 Garden City Plaza
       Garden City, NY 11530
       **VIA REGULAR MAIL AND FACSIMILE (516) 873-2010**

       Robert Cava, Esq., Referee
       1038 Little East Neck Road
       West Babylon, NY 11704
       **VIA REGULAR MAIL**

       Suffolk County Clerk, Judith A. Pascale
       310 Centre Drive
       Riverhead, New York 11901
       **VIA REGULAR MAIL**

**EXHIBIT "I"**

## MURTHA & MURTHA, PLLC
### ATTORNEYS AND COUNSELORS AT LAW
26 RAILROAD AVENUE # 351
BABYLON, NEW YORK 11702-2204

WWW.MURTHALAWFIRM.COM

TELEPHONE: (631) 747-0356
FACSIMILE: (631) 991-7168
E-MAIL: INFO@MURTHALAWFIRM.COM

JAMES D. MURTHA
MICHELLE MURTHA

August 24, 2010

Roy J. Lester, Esq.
Lester & Associates, P.C.
600 Old Country Road, Room 229
Garden City, New York 11530-2011
*Via First Class Mail and Fax to (516) 357-9281*

Re:   CBC Media Realty, LLC, Concepts by Clinton, Inc. D/B/A CBC...
      Property Address: 140 Hoffman Lane, Islandia, NY, Suffolk County
      Madjid Ebadi - Bankruptcy Case No.: 8-10-73702-AST

Dear Mr. Lester:

I am in receipt of your letter of today, sent via fax, in which you claim the sale of the property at issue is null and void as a result of the above-referenced bankruptcy. A review of the bankruptcy file on PACER, however, reveals that the case was dismissed by the Bankruptcy Court pursuant to 11 U.S.C. § 521 (i)(1), because you apparently failed to file all of the information required by law within 45 days after the date of the filing of the petition.

In short, there is no bankruptcy for Mr. Ebadi and, in any event, CBC Media Realty, LLC, Concepts by Clinton, Inc. D/B/A CBC Media and The Web Station, Inc., have not filed bankruptcy. Your assertions about the foreclosure sale being null and void, therefore, are without merit and are incorrect as a matter of law.

Please direct Mr. Ebadi and the other above-named entities to vacate and surrender the premises forthwith to my client, Ling's Properties LLC, the rightful owner of the property. Please also feel free to contact me to discuss the matter further. Thank you.

Very truly yours,

MURTHA & MURTHA, PLLC

By: _____
James D. Murtha, Esq.

JDM/om

cc:  David H. Cohen, Esq.
     Moritt Hock Hamroff & Horowitz, LLP
     400 Garden City Plaza
     Garden City, New York 11530
     *Via First Class Mail and Fax to (516) 873-2010*

     Robert Cava, Esq., Referee
     1038 Little East Neck Road
     West Babylon, New York 11704
     *Via First Class Mail*

     Suffolk County Clerk, Judith A. Pascale
     310 Centre Drive
     Riverhead, New York 11901
     *Via First Class Mail*

| UNITED STATES BANKRUPTCY COURT | Case No. 10-73702-AST |
| EASTERN DISTRICT OF NEW YORK | Chapter 13 |

In Re:

MADJID EBADI

Debtor.

## NOTICE OF MOTION

**LESTER & ASSOCIATES, P.C.**
**Attorney(s) for Debtor(s)**
**600 OLD COUNTRY ROAD**
**SUITE 229**
**GARDEN CITY, NY 11530**
**(516) 357-9191**

To
Attorney(s) for

Service of a copy of the within
                    is hereby
admitted.
Dated,

Attorney(s) for

    Sir: Please take notice
  NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on          20
  NOTICE OF SETTLEMENT
that an order
    of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named Court, at          on the          day of          20
at                                        Dated,